```
             UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT

KIMBERLEY SCOTT,                :
                                :
     Plaintiff,                 :
                                :
v.                              :     CASE NO. 3:18CV1441(AWT)
                                :
WALT DISNEY CO., ET AL.,        :
                                :
     DefendantS.                :
```

## MEMORANDUM OF CONFERENCE AND ORDER

On February 6, 2019, the court held a telephonic status conference with counsel. Plaintiff was represented by Dori B. Hightower; defendants Walt Disney Co. and Fidelity Workplace Services, LLC (the "Plan Defendants") were represented by Darren E. Nadel; defendant Susan Scott, as Trustee of The Stuart O. Scott Family Trust dated September 19, 2003, was represented by Nathan C. Favreau; and defendant Charles Silver, as Trustee of The Stuart O. Scott Family Trust dated September 19, 2003, was represented by John L. Bonee, III.

Counsel stated that they have not yet begun discovery because they have not finalized their 26(f) report. The 26(f) report is overdue. Plaintiff's counsel reported that she had circulated a draft report, but that counsel for co-trustee Charles Silver had not yet provided his comments. By no later than February 12, 2019, counsel for co-trustee Charles Silver shall respond to plaintiff's counsel with his comments. By no

later than February 15, 2019, the parties shall file the 26(f) report.  Discovery may begin immediately; the parties need not wait for the filing of the 26(f) report.

Plaintiff's counsel requested copies of the administrative record and account statements for the account(s) at issue.  The Plan Defendants shall provide copies to all parties by February 12, 2019.  Also by that date, the Plan Defendants' counsel shall inform all other counsel whether the trustees have on-line access to the account(s) at issue.

The parties shall confer with one another to identify dates during the month of February when they are available for a second status conference and shall inform the court by no later than February 8, 2019, by email to Law Clerk Lauren Greenspoon.  The court will then schedule a second teleconference with the parties to discuss any other issues or tasks that need to be accomplished so that a settlement conference may be productive.

SO ORDERED at Hartford, Connecticut this 6th day of February, 2019.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge